**Catherine HILL, individually and as heir of Dillon M. Hill and as special administrator of the Estate of Dillon M. Hill, Plaintiff-Appellant,**

v.

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, Defendant-Appellee.**

No. 16-16260

United States Court of Appeals, Ninth Circuit.

Submitted October 17, 2017 [*] San Francisco, California

Filed December 5, 2017

Samuel B. Benham, Esquire, Attorney, Steven M. Burris, Attorney, Law Offices of Steven M. Burris, Las Vegas, NV, for Plaintiff-Appellant

Craig R. Anderson, Esquire, Director, Kathleen A. Wilde, Esquire, Attorney, Marquis & Aurbach, LeAnn Sanders, Trial Attorney, Shirley Blazich, Michael McLoughlin, Alverson, Taylor, Mortensen & Sanders, Las Vegas, NV, for Defendant-Appellee

Before: WALLACE, CALLAHAN, and NGUYEN, Circuit Judges.

MEMORANDUM [**]

Catherine Hill appeals from the district court's summary judgment in favor of the Las Vegas Metropolitan Police Depart-

ment in this action brought under 42 U.S.C. § 1983 and Nevada state law. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated by the district court.

**AFFIRMED**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.